No. 81–1158. McDaniel et al. v. Helms. C. A. 11th Cir. Certiorari denied.

No. 81–1160. Stroup v. Tucker et al. C. A. 7th Cir. Certiorari denied.

No. 81–1162. Crown Paint Co. v. Bankston. Sup. Ct. Okla. Certiorari denied.

No. 81–1163. McCutcheon v. Chicago Board of Education et al. C. A. 7th Cir. Certiorari denied.

No. 81–1166. Jacques Syl Knitwear, Inc., et al. v. National Labor Relations Board et al. C. A. 3d Cir. Certiorari denied.

No. 81–1167. Enserch Exploration, Inc., et al. v. Bullock, Comptroller of Public Accounts of Texas, et al. Ct. Civ. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 81–1171. Nellie-Jeanne Corp. v. City of Columbus, Division of Recreation and Parks, et al. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 81–1173. Certain-Teed Piping Materials, Inc. v. Hydroaire, Inc. C. A. 7th Cir. Certiorari denied.

No. 81–1174. Ortiz Funeral Home Corp. v. National Labor Relations Board et al. C. A. 2d Cir. Certiorari denied.

No. 81–1176. Hoagland et al. v. Lumbermens Mutual Casualty Co. C. A. 10th Cir. Certiorari denied.

No. 81–1178. Yunker v. Kentucky. Cir. Ct. Daviess, Ky. Certiorari denied.

No. 81–1179. Denman v. Bulger, President of the Massachusetts Senate, et al. C. A. 1st Cir. Certiorari denied.